Case Name:  DAVID G. SWANSON
            MARY E. SEEFELDT-SWANSON
Case No:    07 B 70793

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 14, 2007

WILLIAM T. NEARY
United States Trustee, Region 11

BY: _____
CAROLE J. RYCZEK
Attorney for the U.S. Trustee