IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
SWANSON, DAVID G.
SEEFELDT-SWANSON, MARY E.

CASE NO. 07-70793 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-7919; XXX-XX-1961

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL 61101

    on:   December 10, 2007
    at:   1:00 p.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,551.32 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 705.00 | |

4. The Trustee's Final Report shows total:

    a. Receipts                           $       8,013.19

    b. Disbursements                      $           0.00

    c. Net Cash Available for Distribution $      8,013.19

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $5,756.87, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $18,188.90, resulting in an approximate distribution of 31.65% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE: September 11, 2007

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 Stalter Drive
Rockford, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0793   Doc 28   Filed 11/19/07   Entered 11/22/07 07:09:02   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2          Date Rcvd: Nov 19, 2007
Case: 07-70793                Form ID: pdf002            Total Served: 32


The following entities were served by first class mail on Nov 21, 2007.
db           +David G. Swanson,    1770 S. Baileyville Rd.,    Freeport, IL 61032-9726
jdb          +Mary E. Seefeldt-Swanson,    1770 S. Baileyville Rd.,    Freeport, IL 61032-9726
aty          +Mark Zaleski,    Mark E. Zaleski, Attorney at Law,    10 N Galena Avenue #220,
               Freeport, IL 61032-4360
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11283499      AT&T Universal Card,    PO Box 688911,    Des Moines, IA 50368-8911
11283500      Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
11283501     +Capital Management Services, Inc.,    726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
11283503      Chase,    Cardmember Service,    PO Box 15548,    Wilmington, DE 19886-5548
11283502      Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
11422085      Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA, 981243978
11283504      Citi Cards,    PO Box 688915,    Des Moines, IA 50368-8915
11283507      Donald G. Swanson,    Townline Rd.,    Lanark, IL 61046
11283508      Encore Receivable Management Inc.,    PO Box 3330,    Olathe, KS 66063-3330
11283509      FIA Card Services N.A,    PO Box 15137,    Wilmington, DE 19850-5137
11283510     +First State Bank Shannon-Polo,    PO Box 85,    Shannon, IL 61078-0085
11283511     +Freeport Health Network,    Central Business Office,    PO Box 268,    Freeport, IL 61032-0268
11283512      Freeport Health Network/Hospital,    Central Business Office,    PO Box 857,
               Freeport, IL 61032-0857
11283513      GE Money Bank,    PO Box 981064,    El Paso, TX 79998-1064
11283514     +GE Money Bank / Sam’s Club,    PO Box 103104,    Roswell, GA 30076-9104
11283515      Goodyear Credit Card Plan,    PO Box 9025,    Des Moines, IA 50368-9025
11283516      MBNA America,    PO Box 15137,    Wilmington, DE 19886-5137
11283517      MBNA America,    PO Box 15287,    Wilmington, DE 19886-5287
11283518      MBNA America,    PO Box 15289,    Wilmington, DE 19886-5289
11406345     +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAMS CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11283519     +Rockford Mercantile Agency,    2502 South Alpine Road,    PO Box 5847,    Rockford, IL 61125-0847
11283520      Sam’s Club,    PO Box 530942,    Atlanta, GA 30353-0942
11283522    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
11446030     +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
11283521      Union Plus Cards,    PO Box 17051,    Baltimore, MD 21297-1051

The following entities were served by electronic transmission on Nov 20, 2007.
11283500      E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 20 2007 04:15:49     Bank of America,
               PO Box 15726,    Wilmington, DE 19886-5726
11283505      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2007 04:29:46      Discover,    PO Box 30395,
               Salt Lake City, UT 84130-0395
11283506      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2007 04:29:46      Discover Financial Services,
               PO Box 30957,    Salt Lake City, UT 84130-0957
11409617      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2007 04:29:46
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany, OH 43054-3025
11283509      E-mail/PDF: bankofamericaebn@americaninfosource.com Nov 20 2007 04:15:26
               FIA Card Services N.A,    PO Box 15137,    Wilmington, DE 19850-5137
11283516      E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 20 2007 04:16:11     MBNA America,
               PO Box 15137,    Wilmington, DE 19886-5137
11283517      E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 20 2007 04:15:49     MBNA America,
               PO Box 15287,    Wilmington, DE 19886-5287
11283518      E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 20 2007 04:16:07     MBNA America,
               PO Box 15289,    Wilmington, DE 19886-5289
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2             Date Rcvd: Nov 19, 2007
Case: 07-70793                Form ID: pdf002         Total Served: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2007**                    **Signature:**      *Joseph Speetjens*